**2008–0085. State v. Carter.**
Lucas App. No. L–07–1088, 2007-Ohio-6359. Discretionary appeal accepted; cause held for the decision in 2007–1427, *State v. Ferguson,* Cuyahoga App. No. 88450, 2007-Ohio-2777; and briefing schedule stayed.

O'CONNOR, O'DONNELL, and CUPP, JJ., dissent.

**2008–0109. State v. Moore.**
Lake App. No. 2007–L–055, 2007-Ohio-6409. Discretionary appeal accepted; cause held for the decision in 2007–1703, *State v. Kalish,* Lake App. No. 2006–L–093, 2007-Ohio-3850; and briefing schedule stayed.

**2008–0454. State v. Fikes.**
Hamilton App. No. C–060581, 2007-Ohio-5870. Discretionary appeal accepted; cause held for the decision in 2007–0325, *State v. Davis,* Hamilton App. No. C–040665, 2006-Ohio-3171; and briefing schedule stayed.

PFEIFER, LUNDBERG STRATTON, and O'DONNELL, JJ., dissent.

## APPEALS NOT ACCEPTED FOR REVIEW

**2007–1396. State v. Elwell.**
Lorain App. No. 06CA008923, 2007-Ohio-3122.

LUNDBERG STRATTON, J., dissents and would accept the appeal on Proposition of Law No. II.

**2007–1907. State v. Clardy.**
Hamilton App. No. C–060527, 2007-Ohio-4193.

**2007–2056. State v. Pryor.**
Fairfield App. No. 07 CA 25, 2007-Ohio-4427.

**2007–2098. State v. Sellers.**
Cuyahoga App. No. 88535, 173 Ohio App.3d 60, 2007-Ohio-4681.

LUNDBERG STRATTON, J., dissents.

**2007–2338. In re 1994 BMW 7401.**
Hamilton App. No. C–070085, 2007-Ohio-5876.

**2007–2341. State v. Smith.**
Montgomery App. No. 21885, 2007-Ohio-6354.

**2007–2349. State v. Danzeisen.**
Montgomery App. No. 21888, 2007-Ohio-6350.

**2007–2356. State v. Conrad.**
Cuyahoga App. No. 88934, 2007-Ohio-5717.

**2007–2366. State v. Luke.**
Allen App. No. 1–06–103, 2007-Ohio-5906.

**2007–2379. State v. Evans.**
Montgomery App. No. 22413.

**2007–2388. In re Jones.**
Hamilton App. No. C–060873, 2007-Ohio-5973.

O'CONNOR and CUPP, JJ., dissent.

**2007–2396. State v. Williamson.**
Hamilton App. No. C–061050.

**2007–2414. State v. Priest.**
Cuyahoga App. No. 89178, 2007-Ohio-5958.

**2007–2418. State v. Forney.**
Miami App. No. 2007CA31.